AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

United States Courts Southern District of Texas
FILED
*09/13/22*
Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.
Miguel Angel HUERTA-Mendoza

**CRIMINAL COMPLAINT**

Case Number: C-22-1042M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 12, 2022 in Brooks County, in the Southern District Of Texas defendant(s)

Miguel Angel HUERTA-Mendoza, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Falfurrias, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On September 12, 2022, Border Patrol Agents encountered Miguel Angel HUERTA-Mendoza, on the King Ranch along with three other illegal aliens attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Miguel Angel HUERTA-Mendoza to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Miguel Angel HUERTA-Mendoza was ordered removed from the United States by an Immigration Judge on March 4, 1999 and was physically removed from the United States to Mexico on March 4, 1999 via Nogales, Arizona. Miguel Angel HUERTA-Mendoza stated he last entered the United States illegally on or about July 01, 2022 near Hidalgo, Texas. There is no evidence to indicate Miguel Angel HUERTA-Mendoza has applied for re-admission into the United States from any lawful authority.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant

Villarreal, Hector   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

September 13, 2022                                at    Corpus Christi, Texas
Date                                                          City/State

Julie K. Hampton            U.S. Magistrate Judge
Name of Judge                  Title of Judge                Signature of Judge